

March 2, 2022

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, 15C
New York, NY 10007-1312

> The Court finds that good cause exists for extending the time to serve Ms. Wizman and for adjourning the initial pretrial conference ("IPTC"). Service shall be made by September 2, 2022. Plaintiff shall advise the Court when service has been made and, at that time, request that an ITPC be scheduled. The currently scheduled IPTC is adjourned *sine die*.
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge
> 3/4/2022

Re:   <u>*Grain D'OR LLC v. Inbar Wizman* Case 1:21-cv-10652-LJL</u>

Dear Judge Liman:

     We are counsel to Plaintiff Grain D'Or LLC ("Grain D'Or") in the captioned matter. The purpose of this letter is to request an extension to serve Defendant Inbar Wizman ("Ms. Wizman") and an adjournment of the preliminary conference scheduled before this Court on March 8, 2022.

     On December 13, 2021, Grain D'Or filed a Summons and Complaint against Ms. Wizman (Document 1 and Document 3) seeking damages for various causes of action. Ms. Wizman is a foreign national who, upon information and belief, is currently domiciled in London, United Kingdom. As such, Grain D'Or hired an international process server to locate and serve Ms. Wizman. Currently, the Summons and Complaint is with a local branch of the Hague in London.

     We have been advised from the international process server that, due to a backlog, it will take at least five (5) months to serve Ms. Wizman. We are unaware if Ms. Wizman has retained counsel and she has failed to respond to emails regarding this matter. Grain D'Or is anxious to proceed but at this time it may be premature due to the unavailability of Ms. Wizman.

     Accordingly, Grain D'Or is respectfully requesting a six (6) month extension to serve Ms. Wizman. Further, since Ms. Wizman has not been served or otherwise responded to this matter, we ask that the preliminary conference be adjourned without date and we shall promptly inform the Court once she files an Answer to the Complaint.

Respectfully Submitted,

*RRoth*

Richard A. Roth