UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAIN D'OR LLC,<br><br>                    Plaintiff,<br><br>               -v.-<br><br>INBAR WIZMAN,<br><br>                    Defendant. | 21 Civ. 10652 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Honorable Judge Lewis J. Liman held a telephone conference to hear arguments related to Defendant Inbar Wizman's motion to compel on January 27, 2023.  *See* Dkt. Nos. 24, 26, 27.  At the telephone conference, Judge Liman ordered the parties to submit documents related to the discovery dispute, including supplemental letter briefing.  This case was subsequently reassigned to this Court on February 6, 2023.

Although this Court will oversee this case going forward, this case will remain with Judge Liman for all matters related to the pending discovery dispute.

SO ORDERED.

Dated: February 8, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge