UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GRAIN D'OR LLC, :
:
                Plaintiff, :
: 21-cv-10652 (LJL)
     -v- :
: ORDER
INBAR WIZMAN, :
:
                Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Pending before the court is plaintiff Grain D'or LLC's motion for summary judgment. The Court will hold oral argument on the pending motion on August 29, 2023 at 10:00 a.m. in Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: August 11, 2023
       New York, New York

                                          LEWIS J. LIMAN
                                  United States District Judge