UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GRAIN D'OR LLC, :
:
                Plaintiff, :
: 21-cv-10652 (LJL)
     -v- :
: ORDER
:
INBAR WIZMAN, :
:
                Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at the conclusion of oral argument on August 29, 2023, the Court has made a referral of this matter to Magistrate Judge Barbara Moses for settlement purposes. The parties are ordered to follow Judge Moses' practices with respect to settlement conferences and to make themselves available for a settlement conference before Judge Moses within her time periods of availability. The trial date for this matter will not be extended.

      SO ORDERED.

Dated: August 30, 2023
       New York, New York

                                               LEWIS J. LIMAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/30/2023